# ELECTRONIC RECORD

COA #    07-13-00422-CR            OFFENSE:   22.011

STYLE:    Gabriel Luna v. The State of Texas    COUNTY:   Lubbock

COA DISPOSITION:        AFFIRMED        TRIAL COURT:  137th District Court

DATE: 12/10/2014            Publish: NO  TC CASE #:    2011-432,524

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Gabriel Luna v. The State of Texas      CCA #:    038-15

_____APPELLANT'S_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:      _____

_____Refused_____              JUDGE:     _____

DATE: ~~May 20, 2015~~              SIGNED: _____    PC: _____

JUDGE: _____PC    June 3, 2015    PUBLISH: _____    DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____